Argued and submitted March 2, affirmed by an equally divided court December 30, 1988, reconsideration denied February 14, 1989

BANDA,
*Plaintiff-Appellant/Respondent on Review,*

*v.*

DANNER et al,
*Defendants,*

*and*

UMATILLA HOSPITAL DISTRICT NO. 1,
*Defendant-Respondent/Petitioner on Review.*

(TC A8401-00096; CA A40303; SC S34591)

766 P2d 385

Lee Aronson, Portland, argued the cause and filed the petition on behalf of petitioner on review. With him on the petition were James C. Carter and Holmes, DeFrancq & Schulte, P.C., Portland.

Richard P. Noble, Lake Oswego, argued the cause and filed the response on behalf of the respondent on review. With him on the response was Kathryn H. Clarke, Lake Oswego.

Keith J. Bauer and Billy M. Sime of Parks & Bauer, Salem, filed an *amicus curiae* brief on behalf of the Oregon Association of Defense Counsel.

John Paul Graff of Graff & O'Neil, Portland, filed an *amicus curiae* brief on behalf of the Oregon Trial Lawyers Association.

Affirmed by an equally divided court.